IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02718-BNB

TIMOTHY WHITE BODY, JR.,

    Applicant,

v.

BLAKE R. DAVIS, Warden, F.C.I.,

    Respondent.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 1 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant, Timothy White Body, Jr., is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the Federal Correctional Institution at Englewood, Colorado. Mr. White Body filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 asserting three claims apparently challenging the validity of his convictions and sentences in the tribal and federal courts. He paid the $5.00 filing fee for a habeas corpus action.

On February 12, 2009, Magistrate Judge Boyd N. Boland ordered Mr. White Body to file within thirty days an amended application that complied with Rule 8 of the Federal Rules of Civil Procedure and with Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. Magistrate Judge Boland warned Mr. White Body in the February 12 order that if he failed to comply with the order within the time allowed, the action would be dismissed without further notice. Mr. White Body has

failed within the time allowed to comply with the February 12 order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the habeas corpus application is denied, and the action is dismissed without prejudice for failure to file within the time allowed an amended application that complied with Rule 8 of the Federal Rules of Civil Procedure and with Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts and for failure to prosecute.

DATED at Denver, Colorado, this __1__ day of _____April_____, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-02718-BNB

Timothy White Body
Reg No. 09470-059
FCI - Englewood
9595 West Quincy Ave
Littleton, CO 80123

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/1/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk